NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WALTER L. COLE, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> D. REAMES; et al., <br><br> Defendants-Appellees. | No. 17-15772 <br><br> D.C. No. 2:16-cv-02570-CKD <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Carolyn K. Delaney, Magistrate Judge, Presiding

Submitted February 13, 2018[**]

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

California state prisoner Walter L. Cole appeals pro se from the magistrate

judge's order dismissing his 42 U.S.C. § 1983 action alleging constitutional

violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo

whether the magistrate judge validly entered judgment on behalf of the district

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

court.  *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014).  We vacate and remand.

Cole consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636 (c).  The magistrate judge then screened and dismissed Cole's action before the named defendants had been served.  *See* 28 U.S.C. §§ 1915A, 1915(e)(2)(B)(ii).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**